UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALISHA KOWALSKI,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK D/B/A DISCOVER FINANCIAL SERVICES, LLC.<br><br>    Defendants. | **Case No. 20-cv-01023-JPD** |

**JOINT NOTICE OF SETTLEMENT**

A settlement has been reached between the parties. A stipulation for dismissal with prejudice will be filed within 30 days.

/s/ Matthew C. Lein
Matthew C. Lein
State Bar No. 1084028
Attorneys for Plaintiff
**LEIN LAW OFFICES, LLP**
15692 Hwy 63 North
PO Box 761
Hayward, Wisconsin 54843
Telephone: (715) 634-4273
Facsimile: (715) 634-5051
mlein@leinlawoffices.com


*s/ Natalia S. Kruse*
Marci V. Kawski
Natalia S. Kruse
Attorneys for Discover Products Inc.
**HUSCH BLACKWELL LLP**
33 E. Main Street, Suite 300
P.O. Box 1379
Madison, Wisconsin 53701-1379
Telephone: 608.255.4440
Fax: 608.258.7138
Marci.Kawski@huschblackwell.com
Natalia.Kruse@huschblackwell.com