UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ALISHA KOWALSKI,

    Plaintiff,

v.

DISCOVER BANK d/b/a DISCOVER
FINANCIAL SERVICES, LLC,

    Defendant.

Case No.:19-cv-1023

---

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED between Plaintiff, Alisha Kowalski, and Defendant, Discover Products Inc., incorrectly identified as Discover Bank d/b/a Discover Financial Services, LLC, by their respective undersigned attorneys, that the above-captioned action may be dismissed with prejudice and without costs to any party.

Dated this 26th day of August, 2020.

LEIN LAW OFFICES, LLP
Attorneys for Plaintiff

By:   *s/ Matthew C. Lein*
      Matthew C. Lein
      15692 Hwy 63 North
      P.O. Box 761
      Hayward, WI 54843
      715.634.4273
      715.634.5051 (fax)
      mlein@leinlawoffices.com

Dated this 26th day of August, 2020.

HUSCH BLACKWELL LLP
Attorneys for Defendant

By:   *s/ Natalia S. Kruse*
      Natalia S. Kruse
      Marci V. Kawski
      33 E. Main Street, Suite 300
      Madison, Wisconsin 53703
      608.255.4440
      608.258.7138 (fax)
      Natalia.Kruse@huschblackwell.com
      Marci.Kawski@huschblackwell.com